**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANTHONY GERARD LEWIS, | ) | NO. CV 10-1968-RGK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| SUPERINTENDENT; CASH, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: March 25, 2010.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE